IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIC JEFFERSON STANLEY, JR.,

       Appellant,

v.

Case No.  5D22-475
LT Case No. 20-CF-003798-A-OR

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Matthew J. Metz, Public Defender, and Nancy
Ryan, Assistant Public Defender, Daytona Beach,
for Appellant.

Eric Jefferson Stanley, Jr., Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee, and
Pamela J. Koller, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.